No. 71–218.  GROUNDS ET AL. *v.* NORTHERN NATURAL GAS CO. ET AL.  C. A. 10th Cir.  Certiorari denied as out of time.  MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 71–301.  FRANKLIN ET AL. *v.* NEW JERSEY.  Super. Ct. N. J.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–325.  FRAUHIGER *v.* OHIO.  C. A. 6th Cir. Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–334.  JOHNSON ET AL. *v.* TEXAS.  Ct. Crim. App. Tex.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–338.  ELLIS ET AL. *v.* HARADA ET AL.  Sup. Ct. Hawaii.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–343.  SMITH ET AL. *v.* ORISCELLO, SHERIFF. C. A. 3d Cir.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–361.  UNITED STATES *v.* SCHMID.  Ct. Cl. Certiorari denied.  MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted and case set for oral argument.

No. 71–363.  BECKMAN INSTRUMENTS, INC. *v.* REEVES INSTRUMENT CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted and case set for oral argument.